IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ELISSA O'BRIEN

    Plaintiff,

v.

                                              Case No. 3:18-0024
                                              Judge Campbell/Frensley

CHRISTIAN FAITH PUBLISHING,

    Defendant.

### NOTICE OF FILING REVISED SETTLEMENT AGREEMENT

    COMES NOW PLAINTIFF, Elissa O'Brien, by and through counsel, and in accordance with the Court's November 2, 2020 Order (Dkt. No. 82), files the proposed Settlement Agreement with the confidentiality provision omitted.

Respectfully Submitted,

McWHERTER SCOTT BOBBITT PLC

s/*Emily S. Alcorn*
EMILY S. ALCORN #33281
341 Cool Springs Boulevard, Suite 230
Franklin, Tennessee, 37067
Telephone: (615) 354-1144
Email: emily@msb.law

CLINTON H. SCOTT #23008
54 Exeter Rd., Suite D
Jackson, TN 38305
Telephone: (731) 664-1340
Facsimile: (731) 664-1540
clint@msb.law

*ATTORNEYS FOR PLAINTIFF AND
SIMILARLY SITUATED INDIVIDUALS*

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and exact copy of the foregoing Notice of Filing via the Court's electronic filing system on all counsel of record on this the 30th day of November, 2020.

Charles H. Williamson
Waller Lansden Dortch & Davis LLP
511 Union St., Suite 2700
Nashville, TN 37219
Charley.williamson@wallerlaw.com

Brian J. Pulito
Jon Beckman
Steptoe & Johnson, PLLC
201 Chestnut St., Suite 200
Meadville, PA 16335
Brian.pulito@steptoe-johnson.com
jon.beckman@steptoe-johnson.com

Marcia Lynn DePaula
Steptoe & Johnson PLLC
11 Grandview Circle
Suite 200
Canonsburg, PA 15317
(724) 749-3122
marcia.depaula@steptoe-johnson.com

*s/Emily S. Alcorn*