IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ELISSA O'BRIEN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | NO. 3:18-cv-00024 |
| v. | ) ) | JUDGE CAMPBELL |
| CHRISTIAN FAITH PUBLISHING, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is a Joint Motion for Order Approving Settlement. (Doc. No. 80). Through the motion, the parties request the Court approve the settlement of FLSA claims pursuant to 29 U.S.C. § 216(c). The original settlement agreement contained a confidentiality provision. (*See* Doc. No. 81-1). The Court noted that confidentiality requirement in FLSA settlements has been found to contravene public policy and ordered the parties to either explain why the confidentiality provision is enforceable or submit a revised agreement. (Doc. No. 82). The parties opted for the latter and submitted a revised agreement that omits the confidentiality clause. (*See* Doc. No. 83, 83-1). The Court has reviewed the revised settlement agreement, and it appears to be a fair and reasonable settlement of the wage claims presented. Accordingly, the Joint Motion for Approval of the FLSA Settlement is **GRANTED**. Pursuant to the parties' request, this case is **DISMISSED**, with prejudice. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE