# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Elissa O'Brien

                    Plaintiff,

v.                                           Case No.: 3:18−cv−00024

Christian Faith Publishing

                    Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/3/2020 re [84].

                                                      Lynda M. Hill
                                      s/ Dalaina Thompson, Deputy Clerk